IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW LAMON,

        Plaintiff,

v.

PERCY MYERS, et al.,

        Defendants.

Case No. 3:21-CV-00351-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on May 6, 2025 (Doc. 136), this action is **DISMISSED with prejudice**.

    **DATED:** June 11, 2025

                                      MONICA A. STUMP,
                                      Clerk of Court

                                      By:  s/ *Jackie Muckensturm*
                                                Deputy Clerk

    APPROVED: s/ *Stephen P. McGlynn*
                  STEPHEN P. McGLYNN
                  U.S. District Judge